**Order entered December 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00752-CV

### JULES DYLAN STUER, Appellant

### V.

### SUSAN DUESLER, Appellee

### On Appeal from the 298th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-07494

## ORDER

Before the Court are appellant's December 5, 2019 "Clearance to Interfere and Intervene

Requested" and "Motion to Refer to Mediation." We **DENY** the motions.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE